# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIPSON, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00718-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS**<br><br>**(ECF No. 6)** |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action filed May 12, 2014 pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

　　　　On June 30, 2014, the Magistrate Judge issued findings and recommendations that plaintiff's in forma pauperis application should be denied because he accrued three or more strikes and was not under imminent danger of serious physical harm at the time the action was initiated, 28 U.S.C. § 1915(g), and that plaintiff should be provided with the opportunity to pay the filing fee in full. On October 17, 2014, following three extensions of time, plaintiff filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has

1

conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The objections do not raise an issue of law or fact under the findings and recommendations and there is no need to modify the findings and recommendations based on the objections.

The objections argue that Plaintiff states a cognizable claim. Plaintiff does not address the strikes noticed in the findings and recommendations. Nor does he address the finding therein that, at the time the action was initiated, Plaintiff was not under any real and proximate imminent danger.

The objections lack merit.

Accordingly, it is HEREBY ORDERED that:

1. The court adopts the findings and recommendations filed on June 30, 2014 (ECF No. 6) in full,
2. Plaintiff's in forma pauperis application (ECF No. 3) is DENIED,
3. Plaintiff is to pay the $400 filing fee in full within twenty-one days of entry of this order, and
4. If Plaintiff fails to pay the $400 filing fee in full by the above deadline, all pending motions will be terminated and the action dismissed without prejudice.

IT IS SO ORDERED.

Dated: **October 20, 2014**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE